Form 13-1

**FORM 13**

### UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by  Daniel Cannistra
(Name of attorney of record)
on behalf of  Marathon Petroleum Company LP, et al.  in the matter of  Marathon Petroleum Company LP, et al.  v.  U.S. Customs and Border Protection, et al. ,
Court No.  25-00437 .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Marathon Petroleum Corporation is the parent company of Plaintiffs and is publicly trade on the New York Stock
Exchange. The only entity that has an ownerhip interest exceeding 10% is Vanguard Fiduciary Trust Company.
No single entity owns more than 10% of Vanguard Fiduciary shares.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest.  If not, identify below the real party in interest.

N/A

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)

N/A

/s/ Daniel Cannistra                                December 9, 2025
Signature of Attorney                                Date
Crowell & Moring, LLP
Firm
1001 Pennsylvania Ave. NW
Street Address
Washington, DC 20004
City, State and Zip Code
(202) 624-2902
Telephone Number
dcannistra@crowell.com
E-mail Address

**SEE REVERSE SIDE**

(As added Nov. 4, 1981, eff. Jan. 1, 1982; and amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. Jan. 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025.)

Form 13-2

## INSTRUCTIONS FOR USE

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST*

1. When a corporation is a party to any action, the attorney for the party shall notify the clerk of the court in writing of the identity of the entity's parent corporation(s), all publicly-owned companies owned by the party, any publicly-held company that has a 10% or greater ownership interest in the entity and any publicly-owned affiliate of the entity and the relationship between the party and each identified company.

2. The attorney for the party on whose behalf the form is filed shall, in addition to the information required in paragraph 1, notify the clerk of the court in writing of the identity of the real party in interest if different from the named party.

3. When a trade association is a party to an action, the attorney for the trade association shall notify the clerk of the court in writing of the identity of each publicly-owned member of the trade association.

4. The notification required of a corporate party or trade association also shall be made by the attorney for any corporation or trade association seeking to intervene, or appear as *amicus curiae*, in any action.

5. The required notification shall be made on a Disclosure Statement form (on the reverse) to be provided by the clerk of the court when the first pleading or other paper is filed by a party or when a motion to intervene or appear as *amicus curiae* is filed.

6. In accordance with Rule 3(i), if any the information required changes after the form is filed, and before a final judgment is issued, the attorney for the party or *amicus curiae* must file an amended form within seven (7) days of the change(s).

7. When a corporation is a party to any action and the parent corporation(s) is not publicly-known or disclosable, the attorney for the party may include the reference to the parent corporation(s) on a separate page to be submitted confidentially with the Court.

*See generally: 28 U.S.C. § 455.